IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR COLUNGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1600 |
| v. ) | |
| ) | |
| Chicago Police Officers ) | |
| Unknown Officer #1, ) | Judge John W. Darrah |
| Unknown Officer #2, ) | |
| and the City of Chicago, ) | Magistrate Judge Schenkier |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO:**

J.Erickson, F. La Marca, & M. Oppenheimer
Erickson & Oppenheimer, LLC
4554 N. Broadway, Suite 325
Chicago, Illinois 60640

    **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City's Answer, Affirmative Defenses, and Jury Demand to Plaintiffs' Complaint,** a copy of which is attached hereto and herewith served upon you.

    **DATED** at Chicago, Illinois this 11th day of July, 2008.

                                               Respectfully submitted,

30 N. LaSalle Street, Suite 1400
Chicago, IL 60602                    /S/ Shneur Z Nathan_____
312-742-1842                       Shneur Z. Nathan
ARDC No. 6294495               Assistant Corporation Counsel