**(Document Entered In Error)**

Case 1:08-cv-01600    Document 12-2    Filed 08/12/2008    Page 1 of 1