## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Date: 8/13/08                                     Case No. 08-CV-1600

Case Title:                                        Judge: John Darrah
    Colunga v. Unknown Officer #1

## NOTICE OF CORRECTION

**The following error was found in document no.** 12 and 13

☐ The document has been filed in the incorrect case.
☐ The document is filed in the correct case, but the case number and case title do not match.
☐ The incorrect document (PDF file) was linked to the entry
☐ The incorrect file date was entered.
☐ The incorrect type of event was used to describe the document.
☐ The title of the document does not match the text of the entry.
☐ The entry is a duplicate of entry no.
☑ Other:
    Entered in error

**Corrective action taken by the Clerk:**

☑ The text of the entry has been edited and the PDF file has been replaced.
☐ The following notation has been added to the text of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number.*)
☐ The correct document (PDF file) has been linked to the entry.
☐ The file date has been corrected.
☐ The text of the entry has been edited.
☐ The text of the entry has been edited to read "Duplicate filing of document number."
☐ Other:

**Corrective action required by the filer:**
☑ The document must be refiled.
☐ Other:

                              Michael W. Dobbins, Clerk of Court

                By:   s/ Carmen Acevedo
                               Deputy Clerk

NDIL (10/05) Notice of Correction