IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICTOR COLUNGA,<br>    Plaintiff,<br><br>v.<br><br>Chicago Police Officers<br>Unknown Officer #1,<br>Unknown Officer #2,<br>and the City of Chicago,<br><br>    Defendants. | Case No.    1:08-CV-1600<br><br>Judge John W. Darrah<br><br>Magistrate Judge Schenkier |

**NOTICE OF MOTION and PROOF OF SERVICE**

Shneur Nathan
City of Chicago Department of Law
30 N. La Salle St.
Suite 1400
Chicago, IL 60602

/s/ Jon F. Erickson
Jon F. Erickson

    **PLEASE TAKE NOTICE** that on Monday, August 19, 2008 at 9:00am, before the Honorable Judge Darrah, I will present the attached **Motion to File First Amended Complaint**, copies of which are served upon you by attachment.

 /s/ Jon F. Erickson_/s/__
Jon F. Erickson

1

## **PROOF OF SERVICE**

The undersigned attorney, on oath, states that he served the above notice and the document referred therein, on the above named person(s), by U.S. mail.

 /s/ Jon F. Erickson /s/_____
Jon F. Erickson

Erickson & Oppeneheimer, P.C.
4554 N. Broadway St., Suite 325
Chicago, IL 60640
773-907-0940
ARDC No. 6279789