## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1600 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Victor Colunga vs. Unknown Officers | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file an amended complaint is granted [15] to and including 8/26/08. Response to the amended complaint to be filed by 9/30/08. Discovery ordered closed on 2/26/10. Pretrial conference set for 6/23/10 at 1:30 p.m. Jury trial set for 6/28/10 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|