IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Victor Colunga, <br>     Plaintiff, | ) <br> ) <br> ) <br> ) |
| -vs- | )    No. 08 cv 01600 <br> ) |
| The City of Chicago, et. al. <br>     Defendants. | )    Honorable Judge John W. Darrah <br> ) <br> ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 11, at 9:00 AM before the Honorable Judge Darrah, I will present the attached **MOTION TO WITHDRAW**, copies of which will be submitted electronically to Defendants' counsels via ECF.

Respectfully submitted,

/s/Franco S. La Marca
_____
Franco S. La Marca, Esq.

### PROOF OF SERVICE

I, Franco S. La Marca, an attorney, on oath state that I served the above notice and the document referred therein to Defendants' counsels electronically via ECF on September 3, 2008.

/s/Franco S. La Marca
_____
Franco S. La Marca, Esq.