# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1600 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Colunga vs. The City of Chicago | | |

**DOCKET ENTRY TEXT**

Motion by counsel for plaintiff Victor Colunga to withdraw Franco S. La Marca as attorney [23, 24] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|